# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAR L. GLASPER, | Case No. 2:23-cv-01761-JAD-BNW |
| Plaintiff, | **Order** |
| v. | (Docket No. 17) |
| LOUIS DEJOY, et al., | |
| Defendants. | |

On March 26, 2024, the Court set this case for an early neutral evaluation ("ENE") on April 29, 2024. Docket No. 10. On March 2, 2022, the parties filed a stipulation to stay the ENE pending the Court's ruling on the pending motion to dismiss. Docket No. 17. The parties submit that the motion to dismiss raises threshold issues that the Court must determine prior to this case moving forward. *Id*. at 2. A hearing has been set on the motion to dismiss for May 8, 2024. Docket No. 11.

The Court **GRANTS** the parties' stipulation. Docket No. 17. The ENE is **VACATED**. In the event the resolution of the motion to dismiss does not result in the dismissal of the instant case, the parties must file a stipulation to reset the ENE, no later than May 15, 2024. This stipulation must include five dates on which all necessary participants are available.

IT IS SO ORDERED.

Dated: April 12, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE