Kristina S. Holman
Nevada State Bar No. 3742
**HOLMAN LAW OFFICE**
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123
Tel: (702) 614-4777
Email: kholman@kristinaholman.com
*Attorney for Plaintiff, Jamar L. Glasper*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAR L. GLASPER,<br><br>         Plaintiff,<br><br>vs.<br><br>LOUIS DEJOY, et al.,<br><br>         Defendants. | Case No. 2:23-cv-01761-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Jamar L. Glasper, ("Plaintiff") and Defendant Louis DeJoy, et al. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree that **Plaintiff shall have an extension of time up to and including Tuesday, April 30, 2024, in which to file his opposition to Defendants Motion to Dismiss.** This Stipulation is submitted and based on the parties' agreement that Plaintiff be allowed this additional week due to other matters that have unexpectedly taken Plaintiff's counsel's time to complete the opposition. The deadline for Plaintiff to file the Opposition is today, April 23, 2024. The parties have agreed to extend the time for Plaintiff to file the Opposition by seven (7) days, up to and including **April 30, 2024.**

    1.    This is the first request for an extension of time for Plaintiff to file his opposition.

/ / /

/ / /

/ / /

/ / /

/ / /

1  2. This request is made in good faith and not for the purpose of delay.

2  Dated this 23rd day of April, 2024.

3  HOLMAN LAW OFFICE                    SKYLER H. PERSON

4  /s/                                                    /s/
   KRISTINA S. HOLMAN                   SKYLER H. PEARSON, ESQ.
5  8275 S. Eastern Ave., Suite 215      501 Las Vegas Boulevard S. #1100
   Las Vegas, Nevada 89123              Las Vegas, Nevada 89101
6                                       *Attorneys for Defendants*
   *Attorney for Plaintiff*
7

8
                                        **ORDER**
9
                                        IT IS SO ORDERED:
10

11  _____

12  United States District Court Judge

13  Dated April 29, 2024, nunc pro tunc to
    April 23, 2024
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Holman Law
Office