Kristina S. Holman
Nevada State Bar No. 3742
**HOLMAN LAW OFFICE**
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123
Tel: (702) 614-4777
Email: kholman@kristinaholman.com
*Attorney for Plaintiff, Jamar L. Glasper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMAR L. GLASPER,<br><br>  Plaintiff,<br><br> vs.<br><br>LOUIS DEJOY, et al.,<br><br>  Defendants. | Case No. 2:23-cv-01761-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Plaintiff Jamar L. Glasper, ("Plaintiff") and Defendant Louis DeJoy, et al. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree (second request) that Plaintiff shall have an extension of time up to and including **Friday, May 10, 2024**, in which to file his opposition to Defendants' Motion to Dismiss.  This Stipulation is submitted and based on the parties' agreement that Plaintiff be allowed this additional time due to Plaintiff's counsel's medical appointments and additional time to complete the opposition.  The deadline for Plaintiff to file the Opposition is today, April 30, 2024.  The parties have agreed to extend the time for Plaintiff to file the Opposition by ten (10) days, up to and including **May 10, 2024.**.

1.    This is the second (2nd) request for an extension of time for Plaintiff to file his opposition.

2.    Defendant USPS requests additional time to file its Reply of two weeks which would be Friday, May 24, 2024.

/ / /

/ / /

3. Because this Court has sent this matter for a hearing on Monday, May 13, 2024 at 2:00 p.m., this Court may consider vacating that hearing date, and rescheduling a date at the Corut's convenience.

4. This request is made in good faith and not for the purpose of delay.

Dated this 30rth day of April, 2024.

| HOLMAN LAW OFFICE | SKYLER H. PERSON |
|---|---|
| /s/ *Kristina S. Holman* <br> KRISTINA S. HOLMAN <br> 8275 S. Eastern Ave., Suite 215 <br> Las Vegas, Nevada 89123 <br> *Attorney for Plaintiff* | */s/ Skyler H. Pearson, Esq.* <br> SKYLER H. PEARSON, ESQ. <br> 501 Las Vegas Boulevard S. #1100 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS ORDERED that **plaintiff's deadline to oppose the motion to dismiss [ECF No. 9] is extended to May 10, 2024, and defendant's deadline to reply is extended to May 24, 2024. The May 13, 2024, hearing on the motion to dismiss [ECF No. 22] is VACATED**. The court will consider resetting that hearing once the motion is fully briefed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 7, 2024