Kristina S. Holman
Nevada State Bar No. 3742
**HOLMAN LAW OFFICE**
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123
Tel: (702) 614-4777
Email: kholman@kristinaholman.com
*Attorney for Plaintiff, Jamar L. Glasper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMAR L. GLASPER,

Plaintiff,

vs.

LOUIS DEJOY, et al.,

Defendants.

Case No. 2:23-cv-01761-JAD-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**(THIRD REQUEST)**

ECF No. 27

Plaintiff Jamar L. Glasper, ("Plaintiff") and Defendant Louis DeJoy, et al. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree (SAO third request) that Plaintiff shall have an extension of time of one week up to and including **Friday, May 17, 2024**, in which to file his opposition to Defendants' Motion to Dismiss. This Stipulation is submitted and based on the parties' agreement that Plaintiff be allowed this additional time due to Plaintiff's counsel's continued medical issues and appointments, and another court proceeding on Wednesday, May 15, 2024. The deadline for Plaintiff to file the Opposition was Friday, May 10, 2024. Although Plaintiff's counsel had sent the proposed SAO to opposing counsel on Friday, it was after 5:00 p.m. and he approved it today. Plaintiff's counsel apologizes to the Court for this one-day delay in this filing. The parties have agreed to extend the time for Plaintiff to file the Opposition up to and including **May 17, 2024**.

1. This is the third (3rd) request for an extension of time for Plaintiff to file his opposition.

2. Defendant USPS states that it does not require additional time and therefore, its deadline to file its Reply will remain at Friday, May 24, 2024.

3. Currently the hearing has been vacated and will be set by the Court when this matter is fully briefed.

4. This request is made in good faith and not for the purpose of delay.

Dated this 13th day of May, 2024.

HOLMAN LAW OFFICE

/s/ *Kristina S. Holman*
KRISTINA S. HOLMAN
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

SKYLER H. PEARSON

*/s/ Skyler H. Pearson*
SKYLER H. PEARSON, ESQ.
501 Las Vegas Boulevard S. #1100
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

United States District Court Judge
May 15, 2024