Kristina S. Holman
Nevada State Bar No. 3742
**HOLMAN LAW OFFICE**
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123
Tel: (702) 614-4777
Email:  kholman@kristinaholman.com
*Attorney for Plaintiff, Jamar L. Glasper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMAR L. GLASPER,<br><br>    Plaintiff,<br><br>  vs.<br><br>LOUIS DEJOY, et al.,<br><br>    Defendants. | Case No. 2:23-cv-01761-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FOURTH REQUEST)** |

Plaintiff Jamar L. Glasper, ("Plaintiff") and Defendant Louis DeJoy, et al. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree (SAO fourth request) that Plaintiff shall have **an extension of time of two weeks up to and including Monday, June 3, 2024**, in which to file his opposition to Defendants' Motion to Dismiss.  This Stipulation is submitted and based on the parties' agreement that Plaintiff be allowed this additional time due to Plaintiff's counsel's continued medical issues and appointments.  The deadline for Plaintiff to file the Opposition was Friday, May 17, 2024.  The parties' counsel had a telephone conference today, and it was suggested that a 2-week extension would allow sufficient time, rather than to again request an extension.  Plaintiff's counsel apologizes to the Court for this one business day delay in this filing.   The parties have agreed to **extend the time for Plaintiff to file the Opposition up to and including June 3, 2024**.

     1.    This is the fourth (4th) request for an extension of time for Plaintiff to file his opposition.

2. Defendant USPS requests additional time up to and including **June 17, 2024 in which to file its Reply**.

3. Currently the hearing has been vacated and will be set by the Court when this matter is fully briefed.

4. This request is made in good faith and not for the purpose of delay.

Dated this 20th day of May, 2024.

| HOLMAN LAW OFFICE | SKYLER H. PEARSON |
|---|---|
| /s/ Kristina S. Holman | /s/ Skyler H. Pearson |
| KRISTINA S. HOLMAN | SKYLER H. PEARSON, ESQ. |
| 8275 S. Eastern Ave., Suite 215 | 501 Las Vegas Boulevard S. #1100 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge

May 21, 2024