UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jamar L. Glasper, | Case No.: 2:23-cv-01761-JAD-BNW |
| Plaintiff | |
| v. | **Order Granting Unopposed Motion to Dismiss** |
| Louis Dejoy, et al., | [ECF No. 9] |
| Defendants | |

Plaintiff Jamar L. Glasper brings this employment-discrimination suit to challenge his termination from his job as a letter carrier for the U.S. Postal Service. The defendants filed a motion to dismiss Glasper's suit as both untimely and insufficiently pled on March 26, 2024.[1] After several stipulated extensions, Glasper's opposition was due May 17, 2024.[2] That deadline passed without any response, leaving the motion to dismiss unopposed.[3] Counsel for Glasper filed a notice on June 6, 2022, advising the court that she had experienced a dental emergency and would be filing Glasper's opposition "no later than Monday, June 10, 2024,"[4] but that date, too, passed without the promised filing. There have been no docket entries in this case since that June 6th notice.

This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem the plaintiff's failure to respond to the motion to dismiss as consent to granting the

---

[1] ECF No. 9.
[2] ECF No. 30.
[3] ECF No. 32.
[4] ECF No. 33.

motion.  IT IS THEREFORE ORDERED that **the defendants' motion to dismiss [ECF No. 9] is GRANTED.  This case is DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
July 9, 2024